Divya S. Gupta (SBN 284282)
gupta.divya@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400; Fax: (714) 800-1499

Michelle S. Grant*
grant.michelle@dorsey.com
**DORSEY & WHITNEY LLP**
50 S. 6th Street, #1500
Minneapolis, MN, 55402
Tel: (612) 340-2600; Fax: (612) 340-2868

Attorneys for Defendants UnitedHealth Group Incorporated; United Healthcare Services, Inc.; United Healthcare Insurance Company; UHC of California; United Healthcare Service LLC; United Behavioral Health, Inc.; OptumInsight, Inc.; Optum Services, Inc.; and Optum, Inc.

*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DR RECOVERY ENCINITAS, LLC a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UHC OF CALIFORNIA, UNITED HEALTHCARE SERVICE LLC, UNITED BEHAVIORAL HEALTH, INC., OPTUMINSIGHT, INC., OPTUM SERVICES, INC. OPTUM, INC., VIANT, INC., MULTIPLAN, INC. and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:19-cv-02075-JVS-DFM<br><br>Assigned for all purposes to:<br>Hon. James V. Selna<br>Courtroom: 10C<br><br>[Superior Court of the State of California, County of Orange, Case No. 30-2019 01099689-CU-BC-CHC]<br><br>**UNITED DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:  February 24, 2020<br>Time: 1:30 pm<br>Courtroom:  10C<br><br>Date Action Filed: October 31, 2019<br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on Monday, February 24, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10C Defendants UnitedHealth Group Incorporated; United Healthcare Services, Inc.; United Healthcare Insurance Company; UHC of California; United HealthCare Service LLC; United Behavioral Health, Inc.; OptumInsight, Inc.; Optum Services, Inc.; and Optum, Inc. (collectively "United"), will move this Court for an order dismissing Plaintiff's Complaint.

Dismissal is appropriate under Fed. R. Civ. P. 12(b)(6) because (1) Plaintiff's claims are preempted by Section 514 of the Employee Retirement Income Security Act ("ERSIA") (all Counts); (2) Plaintiff has failed to allege the existence of a separate, independent agreement necessary to support a claim for breach of contract, breach of implied contract or breach of oral contract (Counts I, III, and IV); (3) Plaintiff's claim for breach of the implied covenant of good faith and fair dealing (Count II) fails because it is based on the same factual allegations as Plaintiff's breach of contract claim; (4) Plaintiff's claim for promissory estoppel (Count V) fails because Plaintiff fails to plausibly allege a clear and unambiguous promise; (5) Plaintiff's claim for quantum meruit (Count VI) fails because Plaintiff has not alleged how United was enriched by medical services rendered to patients or that United requested Plaintiff's services for the patients; and (6) Plaintiff has failed to allege the right to raise a claim under California's Unfair Competition Laws (Count VII).

The motion is based on this Notice of Motion and Motion to Dismiss, the supporting Memoranda of Points and Authorities; the Declaration of Julie Bullock the exhibits attached thereto; and the pleadings and papers on file herein; and upon such other evidence and argument as the Court may permit at the hearing of this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on December 20, 2019.

Dated: December 31, 2019                DORSEY & WHITNEY LLP

By: */s/ Michelle S. Grant*
    Divya S. Gupta
    Michelle S. Grant (*pro hac vice*)

Attorneys for Defendants UnitedHealth Group Incorporated; United Healthcare Services, Inc.; United Healthcare Insurance Company; UHC of California; United Healthcare Service LLC; United Behavioral Health, Inc.; OptumInsight, Inc.; Optum Services, Inc.; and Optum, Inc.