**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
  dcallahan@callahan-law.com
Richard T. Collins (Bar No. 166577)
  rcollins@callahan-law.com
Damon D. Eisenbrey (Bar No. 215927)
  deisenbrey@callahan-law.com
Adrian L. Canzoneri (Bar No. 265168)
  acanzoneri@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Out of Network Substance Use Disorder Claims Against UnitedHealthcare | **Case No. 8:19-cv-02075-JVS-DFMx** |
| | Assigned to Judge James V. Selna |
| | Consolidated with: |
| | 8:19-cv-02082  8:19-cv-02083<br>8:19-cv-02084  8:19-cv-02085<br>8:19-cv-02086  8:19-cv-02087<br>8:19-cv-02088  8:19-cv-02372<br>8:20-cv-00136  8:20-cv-00137<br>8:20-cv-00138  8:20-cv-00356<br>8:20-cv-00340  8:20-cv-00341 |
| | **PLAINTIFFS/COUNTERCLAIM DEFENDANTS' ANSWER TO UNITED'S COUNTERCLAIM** |
| | This Document relates to: |
| | "ALL ACTIONS" |
| | Third Amd. Compl. Filed:  01/18/2021<br>Band 1 Bellwether Trial:  02/01/2022 |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

## ANSWER TO UNITED'S COUNTERCLAIM

Plaintiffs/Counterclaim Defendants DR Recovery Encinitas, LLC, MMR Services, LLC, TML Recovery, LLC, Woman's Recovery Center, LLC, Kool Living, Inc., Pacific Palms Recovery, LLC, Inland Detox, Inc., Southern California Addiction Center, Inc., Addiction Health Alliance, LLC, Creative Care, Inc., JMG Investments, Inc., Valley Restoration Center, Inc., Southern California Recovery Centers Oceanside, LLC, JD Recovery, LLC, and 12 South, LLC (collectively "Plaintiffs/Counterclaim Defendants"), by and through their undersigned counsel, hereby submit the following answer to the Counterclaim (the "Counterclaim") of Defendants UnitedHealth Group, Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, UHC of California, United HealthCare Service LLC, United Behavioral Health, Inc., United Medical Resources, Inc., OptumInsight, Inc., Optum Services, Inc., Optum, Inc. (collectively "United").

Except as otherwise stated herein, Plaintiffs/Counterclaim Defendants deny each and every allegation in the Counterclaim, and the whole thereof, and each and every cause of action alleged therein.  Plaintiffs/Counterclaim Defendants further deny that United has suffered or sustained any injury, damage, or loss in the sum or sums alleged, or any sum or amount at all, by reason of any act, breach or omission on the part of Plaintiffs/Counterclaim Defendants, and deny that United is entitled to the relief sought in the Counterclaim, or any other relief whatsoever.

## I.   INTRODUCTION

1.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 1.

2.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2, and on that basis deny each of the allegations in Paragraph 2.

3.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 3.

4.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 4.

5.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

information to form a belief as to the truth of the allegations in Paragraph 5, and on that basis deny each of the allegations in Paragraph 5.

6.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 6.

7.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 7.

8.      Plaintiffs/Counterclaim Defendants respond stating that the documents and information produced in this litigation speaks for itself and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 8 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 8.

9.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 9.

10.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 10.

11.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 11.

12.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 12.

13.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 13.

14.      Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 14.

## II.      JURISDICTION AND VENUE

15.      Plaintiffs/Counterclaim Defendants admit that this Court has jurisdiction over the claims set forth in the Counterclaim.

16.      Plaintiffs/Counterclaim Defendants admit that venue is appropriate in this Court.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

17. Plaintiffs/Counterclaim Defendants admit that United has submitted to the personal jurisdiction of this Court by filing the Counterclaim in this Court.

## III. PARTIES

### A. UNITED

18. Plaintiffs/Counterclaim Defendants admit the allegations in Paragraph 18.

19. Plaintiffs/Counterclaim Defendants admit the allegations in Paragraph 19.

20. Plaintiffs/Counterclaim Defendants admit the allegations in Paragraph 20.

21. Plaintiffs/Counterclaim Defendants admit the allegations in Paragraph 21.

### B. COUNTERCLAIM DEFENDANTS

22. Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 22 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

23. Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 23 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

24. Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 24 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

25.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 25 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

26.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 26 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

27.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 27 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 27, Plaintiff/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of such allegations and on that basis deny the same.

28.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 28 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

29.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 29 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

30.     Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 30 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto.

**IV.   FACTUAL ALLEGATIONS**

> **A.     UNITED INSURES AND PROVIDES ADMINISTRATIVE SERVICES FOR GROUP-HEALTH PLANS**

31.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31, and on that basis deny the allegations in Paragraph 31.

32.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32, and on that basis deny the allegations in Paragraph 32.

33.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 33, and on that basis deny the allegations in Paragraph 33.

34.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 34, and on that basis deny the allegations in Paragraph 34.

35.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35, and on that basis deny the allegations in Paragraph 35.

36.     Plaintiffs/Counterclaim Defendants respond that the ASA's at issue in the Counterclaim speak for themselves and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 36 to the extent they mischaracterize the ASA's or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

Paragraph 36, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36, and on that basis deny the allegations in Paragraph 36.

37.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 37, and on that basis deny the allegations in Paragraph 37.

38.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38, and on that basis deny the allegations in Paragraph 38.

39.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 39, and on that basis deny the allegations in Paragraph 39.

40.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40, and on that basis deny the allegations in Paragraph 40.

41.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40, and on that basis deny the allegations in Paragraph 41.

42.    Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 42.

43.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43, and on that basis deny the allegations in Paragraph 43.

44.    Plaintiffs/Counterclaim Defendants admit that they sought reimbursement on behalf of United Members using industry standard claim forms required by United, but Plaintiffs/Counterclaim Defendants deny the rest of the allegations in Paragraph 44.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

45.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45, and on that basis deny the allegations in Paragraph 45.

46.     Plaintiffs/Counterclaim Defendants respond that the CMS-1500 and UB-04 forms speak for themselves.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 46 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 46.

47.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47, and on that basis deny the allegations in Paragraph 47.

48.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 48.

49.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49, and on that basis deny the allegations in Paragraph 49.

50.     Plaintiffs/Counterclaim Defendants respond that Appendices A, B and C to the Counterclaim speak for themselves.  Plaintiffs/Counterclaim Defendants deny the remaining allegations of Paragraph 50.

**B.      SUBSTANCE ABUSE TREATMENT AND DRUG TESTING ENVIRONMENT IN CALIFORNIA**

51.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 51, and on that basis deny the allegations in Paragraph 51.

52.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52, and on that basis deny the allegations in Paragraph 52.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

53.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 53, and on that basis deny the allegations in Paragraph 53.

54.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54, and on that basis deny the allegations in Paragraph 54.

55.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55, and on that basis deny the allegations in Paragraph 55.

56.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56, and on that basis deny the allegations in Paragraph 56.

57.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57, and on that basis deny the allegations in Paragraph 57.

58.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58, and on that basis deny the allegations in Paragraph 58.

59.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 59, and on that basis deny the allegations in Paragraph 59.

60.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 60, and on that basis deny the allegations in Paragraph 60.

61.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 61, and on that basis deny the allegations in Paragraph 61.

///

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

### C.   COUNTERCLAIM DEFENDANTS CONSPIRED TO AND DID DEFRAUD UNITED BY SUBMITTING KNOWINGLY FALSE BENEFIT CLAIMS

62.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 62.

63.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 63.

### 1.   Counterclaim Defendants Misrepresented Charges by Failing to Disclose Systemic Waiver of Member Responsibility Amounts

64.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64, and on that basis deny the allegations in Paragraph 64.

65.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 65, and on that basis deny the allegations in Paragraph 65.

66.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 66.

67.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 67.

68.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 68.

69.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 69.

70.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 70.

71.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 71, and on

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

that basis deny the allegations in Paragraph 71.  To the extent Counterclaim Plaintiffs cite to or reference specific language of a given Summary Plan Description ("SPD"), those SPD's speak for themselves and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 71 to the extent they mischaracterize the SPD's or are inconsistent or incomplete with respect thereto.

72.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 72.

73.     Plaintiffs/Counterclaim Defendants admit that they had some knowledge of a prospective patient's insurance coverage and/or benefits prior to providing medical services.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 73.

74.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 74.

### a.     United Member 1

75.     United Member 1's SPD speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 75 to the extent they mischaracterize the SPD or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 75, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 75, and on that basis deny the allegations in Paragraph 75.

76.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 76, and on that basis deny the allegations in Paragraph 76.

77.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 77, and on that basis deny the allegations in Paragraph 77.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

78.     Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 78 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 78.

79.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 79, and on that basis deny the allegations in Paragraph 79.

80.     Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 80 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 80, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 80, and on that basis deny the allegations in Paragraph 80.

81.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 81.

82.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 82.

### b.     United Member 2

83.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 83, and on that basis deny the allegations in Paragraph 83.

84.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 84, and on that basis deny the allegations in Paragraph 84.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

85.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 85, and on that basis deny the allegations in Paragraph 85.

86.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 86, and on that basis deny the allegations in Paragraph 86.

87.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 87, and on that basis deny the allegations in Paragraph 87.

88.     Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 88 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 88, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 88, and on that basis deny the allegations in Paragraph 88.

89.     Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 89 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 89, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 89, and on that basis deny the allegations in Paragraph 89.

90.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 90, and on that basis deny the allegations in Paragraph 90.

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

91.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 91, and on that basis deny the allegations in Paragraph 91.

92.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 92, and on that basis deny the allegations in Paragraph 92.

93.     Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 93 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 93, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 93, and on that basis deny the allegations in Paragraph 93.

94.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 94.

95.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 95.

96.     Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 96.

### c.     United Member 3

97.     United Member 3's SPD speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 97 to the extent they mischaracterize the SPD or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 97, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 97, and on that basis deny the allegations in Paragraph 97.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

98.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 98, and on that basis deny the allegations in Paragraph 98.

99.     Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 99, and on that basis deny the allegations in Paragraph 99.

100.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 100, and on that basis deny the allegations in Paragraph 100.

101.    Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 101 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 101, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 101, and on that basis deny the allegations in Paragraph 101.

102.    Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 102 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 102, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 102, and on that basis deny the allegations in Paragraph 102.

103.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 103, and on that basis deny the allegations in Paragraph 103.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

104.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 104 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 104, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 104, and on that basis deny the allegations in Paragraph 104.

105.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 105.

106.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 106 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 106, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 106, and on that basis deny the allegations in Paragraph 106.

107    Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 107.

108.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 108.

### d.    United Member 4

109.   United Member 4's SPD speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 109 to the extent they mischaracterize the SPD or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 109, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1   information to form a belief as to the truth of the allegations in Paragraph 109, and

2   on that basis deny the allegations in Paragraph 109.

3        110.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

4   information to form a belief as to the truth of the allegations in Paragraph 110, and

5   on that basis deny the allegations in Paragraph 110.

6        111.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

7   thus no response is required. If a response is deemed required,

8   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 111 to the

9   extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

10  inconsistent or incomplete with respect thereto.  As to the remaining allegations in

11  Paragraph 111, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

12  information to form a belief as to the truth of the allegations in Paragraph 111, and

13  on that basis deny the allegations in Paragraph 111.

14       112.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

15  thus no response is required. If a response is deemed required,

16  Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 112 to the

17  extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

18  inconsistent or incomplete with respect thereto.  As to the remaining allegations in

19  Paragraph 112, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

20  information to form a belief as to the truth of the allegations in Paragraph 112, and

21  on that basis deny the allegations in Paragraph 112.

22       113.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

23  thus no response is required. If a response is deemed required,

24  Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 113 to the

25  extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

26  inconsistent or incomplete with respect thereto.  As to the remaining allegations in

27  Paragraph 113, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

28  information to form a belief as to the truth of the allegations in Paragraph 113, and

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1 on that basis deny the allegations in Paragraph 113.

2 114. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph

3 114.

4 115. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph

5 115.

6 **e. United Member 5**

7 116. United Member 5's plan document speaks for itself and thus no

8 response is required. If a response is deemed required, Plaintiffs/Counterclaim

9 Defendants deny the allegations in Paragraph 116 to the extent they mischaracterize

10 the plan document or are inconsistent or incomplete with respect thereto. As to the

11 remaining allegations in Paragraph 116, Plaintiffs/Counterclaim Defendants lack

12 sufficient knowledge or information to form a belief as to the truth of the allegations

13 in Paragraph 116, and on that basis deny the allegations in Paragraph 116.

14 117. Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

15 information to form a belief as to the truth of the allegations in Paragraph 117, and

16 on that basis deny the allegations in Paragraph 117.

17 118. Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

18 thus no response is required. If a response is deemed required,

19 Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 118 to the

20 extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

21 inconsistent or incomplete with respect thereto. As to the remaining allegations in

22 Paragraph 118, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

23 information to form a belief as to the truth of the allegations in Paragraph 113, and

24 on that basis deny the allegations in Paragraph 118.

25 119. Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

26 thus no response is required. If a response is deemed required,

27 Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 119 to the

28 extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 17 -

inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 119, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 119, and on that basis deny the allegations in Paragraph 119.

120.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 120, and on that basis deny the allegations in Paragraph 120.

121.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 121.

122.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 122.

### f.    United Member 6

123.   United Member 6's plan document speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 123 to the extent they mischaracterize the plan document or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 123, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 123, and on that basis deny the allegations in Paragraph 123.

124.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124, and on that basis deny the allegations in Paragraph 124.

125.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125, and on that basis deny the allegations in Paragraph 125.

126.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 126 to the

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 126, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126, and on that basis deny the allegations in Paragraph 126.

127.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 127 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 127, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127, and on that basis deny the allegations in Paragraph 127.

128.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 128.

129.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 129.

**g.      United Member 7**

130.   United Member 7's SPD speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 130 to the extent they mischaracterize the SPD or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 130, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 130, and on that basis deny the allegations in Paragraph 130.

131.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 131, and on that basis deny the allegations in Paragraph 131.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

132.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 132, and on that basis deny the allegations in Paragraph 132.

133.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 133 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 133, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 133, and on that basis deny the allegations in Paragraph 133.

134.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 134 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 134, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 134, and on that basis deny the allegations in Paragraph 134.

135.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 135, and on that basis deny the allegations in Paragraph 135.

136.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 136.

137.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 137.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

2.     **Certain Counterclaim Defendants Conspired to Systematically Overcharge United by Submitting Medically Unnecessary and Fraudulent Claims for Laboratory Tests**

138.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 138, and on that basis deny the allegations in Paragraph 138.

139.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 139, and on that basis deny the allegations in Paragraph 139.

140.   United's SPDs and CoCs speak for themselves and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 140 to the extent they mischaracterize the SPDs or CoCs or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 140, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 140, and on that basis deny the allegations in Paragraph 140.

141.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 141, and on that basis deny the allegations in Paragraph 141.

142.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 142, and on that basis deny the allegations in Paragraph 142.

143.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 143.

144.   Plaintiffs/Counterclaim Defendants admit that various types of laboratory services are available and used to test for drug use.  As to the remaining allegations in Paragraph 144, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

allegations in Paragraph 144, and on that basis deny the remaining allegations in Paragraph 144.

147. 145.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 145.

146.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 146.

147.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 147.

148.   Plaintiffs/Counterclaim Defendants respond that the documents filed with the California Secretary of State speak for themselves and Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 148 to the extent they mischaracterize the documents and information produced in this litigation, or are inconsistent or incomplete with respect thereto. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 148.

149.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 149.

150.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 150.

### a.      United Member 1

151.   United Member 1's SPD speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 151 to the extent they mischaracterize the SPD or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 151, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 151, and on that basis deny the remaining allegations in Paragraph 151.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

152.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 152, and on that basis deny the allegations in Paragraph 152.

153.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 153, and on that basis deny the allegations in Paragraph 153.

154.    Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 154, and on that basis deny the allegations in Paragraph 154.

155.    Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 155 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 155, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 155, and on that basis deny the allegations in Paragraph 155.

156.    Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 156 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 156, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 156, and on that basis deny the allegations in Paragraph 156.

157.    Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 157.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 23 -

158.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 158.

### b.   United Member 8

159.   United Member 8's CoC speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 159 to the extent they mischaracterize the CoC or are inconsistent or incomplete with respect thereto.  As to the remaining allegations in Paragraph 159, Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 159, and on that basis deny the remaining allegations in Paragraph 159.

160.   United Member 8's CoC speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 160 to the extent they mischaracterize the CoC or are inconsistent or incomplete with respect thereto.

161.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 161, and on that basis deny the allegations in Paragraph 161.

162.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 162 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 162.

163.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and thus no response is required. If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 163 to the extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1    deny the remaining allegations in Paragraph 163.

2         164.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph

3    164.

4         165.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

5    thus no response is required. If a response is deemed required,

6    Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 165 to the

7    extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

8    inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants

9    deny the remaining allegations in Paragraph 165.

10        166.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph

11   166.

12        167.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph

13   167.

14              **c.      United Member 9**

15        168.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

16   information to form a belief as to the truth of the allegations in Paragraph 168, and

17   on that basis deny the allegations in Paragraph 168.

18        169.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

19   information to form a belief as to the truth of the allegations in Paragraph 169, and

20   on that basis deny the allegations in Paragraph 169.

21        170.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

22   information to form a belief as to the truth of the allegations in Paragraph 170, and

23   on that basis deny the allegations in Paragraph 170.

24        171.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and

25   thus no response is required. If a response is deemed required,

26   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 171 to the

27   extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are

28   inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1  deny the remaining allegations in Paragraph 171.

2      172.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
3  172.

4      173.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
5  173.

6      174.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
7  174.

8          **3.     Certain Counterclaim Defendants Fraudulently**
9                 **Misrepresented the Provider Who Purportedly Rendered**
10                **Services to United Members**

11     175.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or
12  information to form a belief as to the truth of the allegations in Paragraph 175, and
13  on that basis deny the allegations in Paragraph 175.

14     176.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
15  176.

16     177.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
17  177.

18          **a.     United Member 4**

19     178.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or
20  information to form a belief as to the truth of the allegations in Paragraph 178, and
21  on that basis deny the allegations in Paragraph 178.

22     179.   Plaintiffs/Counterclaim Defendants' claims data speaks for itself and
23  thus no response is required. If a response is deemed required,
24  Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 179 to the
25  extent they mischaracterize Plaintiffs/Counterclaim Defendants' claims data or are
26  inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants
27  deny the remaining allegations in Paragraph 179.

28

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

180.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 180.

181.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 181.

182.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 182.

**FIRST CAUSE OF ACTION**

**Fraud**

**(Against all Counterclaim Defendants)**

183.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

184.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 184.

185.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 185.

186.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 186.

187.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 187.

188.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 188.

189.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 189.

190.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 190.

191.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 191.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

192.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 192.

## SECOND CAUSE OF ACTION

### Negligent Misrepresentation

### (Against all Counterclaim Defendants)

193.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

194.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 194.

195.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 195.

196.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 196.

## THIRD CAUSE OF ACTION

### Conversion

### (Against all Counterclaim Defendants)

197.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

198.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 198, and on that basis deny the allegations in Paragraph 198.

199.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 199.

200.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 200.

201.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 201.

///

**FOURTH CAUSE OF ACTION**

**Breach of Contract**

**(Against all Counterclaim Defendants for claims relating to non-ERISA Plans)**

202.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

203.   Plaintiffs/Counterclaim Defendants admit that a number of plans identified in Appendices A, B, and C to the Counterclaim are health plans not governed by ERISA.  Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 203, and on that basis deny the remaining allegations in Paragraph 203.

204.   Plaintiffs/Counterclaim Defendants admit that they obtained valid and enforceable assignments of benefits for the claims at issue.

205.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 205, and on that basis deny the allegations in Paragraph 205.

206.  The Plan documents speak for themselves and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 206 to the extent they mischaracterize the Plan documents or are inconsistent or incomplete with respect thereto. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 206.

207.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 207.

208.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 208.

209.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 209.

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

**FIFTH CAUSE OF ACTION**

**Intentional Interference with Contractual Relations**

**(Against all Counterclaim Defendants)**

210.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

211.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 211.

212.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 212.

213.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 213, and on that basis deny the allegations in Paragraph 213.

214.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 214.

215.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 215.

216.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 216.

217.   Plaintiffs/Counterclaim Defendants admit that United is a party to certain ASAs between it and relevant group health plan sponsors.  The terms of those ASAs speak for themselves and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 217 to the extent they mischaracterize the ASA's or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 217.

218.   Plaintiffs/Counterclaim Defendants admit that they are aware of certain ASAs entered into between United and its customers.  Except as expressly admitted, Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1   218.

2      219.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
3   219.

4      220.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
5   220.

6                          **SIXTH CAUSE OF ACTION**

7   **Violation of Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.***

8                    **(Against all Counterclaim Defendants)**

9      221.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by
10   reference all previous paragraphs.

11     222.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
12   220.

13     223.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
14   223.

15     224.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
16   224.

17     225.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
18   225.

19     226.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph
20   226.

21                        **SEVENTH CAUSE OF ACTION**

22                   **Restitution under ERISA § 502(a)(3)**

23   **(Against all Counterclaim Defendants for claims relating to ERISA Plans)**

24     227.   Plaintiffs/Counterclaim Defendants re-allege and incorporate by
25   reference all previous paragraphs.

26     228.   Plaintiffs/Counterclaim Defendants admit that a number of plans
27   identified in Appendices A, B, and C to the Counterclaim are health plans governed
28   by ERISA.  Plaintiffs/Counterclaim Defendants lack sufficient knowledge or

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

information to form a belief as to the truth of the remaining allegations in Paragraph 228, and on that basis deny the remaining allegations in Paragraph 228.

229.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 229, and on that basis deny the allegations in Paragraph 229.

230.   The Whole Food Market Group Benefit SPD speaks for itself and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 230 to the extent they mischaracterize the Whole Food Market Group Benefit SPD or are inconsistent or incomplete with respect thereto.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 230.

231.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 231, and on that basis deny the allegations in Paragraph 231.

232.   Plaintiffs/Counterclaim Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 232, and on that basis deny the allegations in Paragraph 232.

233.   The Plan documents and ASAs at issue in this case speak for themselves and thus no response is required.  If a response is deemed required, Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 233 to the extent they mischaracterize Plan documents and ASAs at issue in this case or are inconsistent or incomplete with respect thereto.

234.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 234.

235.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 235.

236.   Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 236.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

237. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 237.

238. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 238.

239. Plaintiffs/Counterclaim Defendants admit that United purports to seek the return of alleged overpayments.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 239.

240. Plaintiffs/Counterclaim Defendants admit that United purports to seek equitable restitution.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 240.

## EIGHTH CAUSE OF ACTION

### Injunctive and Declaratory Relief under ERISA § 502(a)(3)

### (Against all Counterclaim Defendants)

241. Plaintiffs/Counterclaim Defendants re-allege and incorporate by reference all previous paragraphs.

242. Plaintiffs/Counterclaim Defendants admit that United acts as claims fiduciary for the ERISA Plans included in Appendices A, B and C. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 242.

243. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 243.

244. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 244.

245. Plaintiffs/Counterclaim Defendants deny the allegations in Paragraph 245.

246. Plaintiffs/Counterclaim Defendants admit that United purports to seek a declaratory judgment.  Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 246.

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

247.   Plaintiffs/Counterclaim Defendants admit that United purports to seek an injunction against Plaintiffs/Counterclaim Defendant. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 247.

248.   Plaintiffs/Counterclaim Defendants admit that United purports to seek an injunction against Plaintiffs/Counterclaim Defendant in connection with the claim asserted in the Counterclaim. Plaintiffs/Counterclaim Defendants deny the remaining allegations in Paragraph 248.

## DEMAND FOR JURY TRIAL

249.   Plaintiffs/Counterclaim Defendants admit that United purports to seek a jury trial.  Plaintiffs/Counterclaim Defendants deny that United is entitled to a jury trial on any or all of its counterclaims.

## PRAYER FOR RELIEF

Plaintiffs/Counterclaim Defendants deny that United is entitled to any type of remedy, relief, or damages whatsoever, including the relief requested in the "Prayer for Relief" in the Counterclaim.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

## (Failure to State a Counterclaim)

1.   The Counterclaim and each and every counterclaim contained therein, fails to state facts sufficient to constitute a counterclaim.

## SECOND AFFIRMATIVE DEFENSE

## (Uncertainty)

2.   The Counterclaim and each and every counterclaim contained therein, is uncertain, vague, ambiguous, improper, and unintelligible.

## THIRD AFFIRMATIVE DEFENSE

## (Failure to Mitigate)

3.   United has failed to exercise reasonable diligence to mitigate its alleged damages.  Accordingly, any damages to which United might be entitled to must be

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

reduced or denied accordingly.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

4.     The Counterclaim and each and every counterclaim stated therein, is barred in whole or in part by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

5.     The Counterclaim and each and every counterclaim contained therein, is barred in whole or in part by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (Estoppel)

6.     The Counterclaim and each and every counterclaim contained therein, is barred in whole or in part by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

7.     The Counterclaim and each and every counterclaim contained therein, is barred in whole or in part by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

### (United is Time-Barred from Rescinding the Policies)

8.     Pursuant to federal and state law, including but not limited to the Patient Protection and Affordable Care Act (through Public Health Service Act section 2712) and California Insurance Code section 10384.17, United is time-barred from rescinding, terminating or cancelling the subject polices, for any reason, and denying coverage.

## NINTH AFFIRMATIVE DEFENSE

### (Active Negligence of United)

9.     The alleged damages sustained or to be sustained by United, if any, were proximately caused or contributed to by United's own active negligence in that

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

1  United participated in negligent acts and omissions.  Consequently, neither the law

2  nor any agreement entitles United to recover any amount whatsoever from

3  Plaintiffs/Counterclaim Defendants.

## TENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

10.  United's alleged damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Counterclaims by United, and United's directors, officers, employees, agents, representatives, attorneys, and/or any others acting on United's behalf.  By reason thereof, United is not entitled to damages or any other relief whatsoever as against Plaintiffs/Counterclaim Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Damages Caused by Acts or Omissions beyond Plaintiffs/Counterclaim Defendants' Control)

11.  The alleged damages sustained by United, if any, were proximately caused by the acts, omissions, negligence, fraud, and/or breach of obligations by persons and/or entities other than Plaintiffs/Counterclaim Defendants and beyond Plaintiffs/Counterclaim Defendants' supervision and control.

## TWELFTH AFFIRMATIVE DEFENSE

### (Negligence of Others)

12.  United's purported counterclaims are barred and United's recovery should be denied or reduced accordingly, because any injury or damage was proximately caused by the negligence and other legal fault of persons or entities other than Plaintiffs/Counterclaim Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

13.  United's alleged damages, if any, were caused by the negligence and/or acts or omissions of parties other than Plaintiffs/Counterclaim Defendants, whether

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

or not parties to this action.  By reason thereof, United's purported damages, if any, as against Plaintiffs/Counterclaim Defendants, must be reduced by the proportion of fault attributable to such other parties, and to the extent that this is necessary, Plaintiffs/Counterclaim Defendants may be entitled to partial indemnity from others on a comparative fault basis.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Setoff)

14.   Without conceding that any of Plaintiffs/Counterclaim Defendants' actions or omissions caused damage to United in any respect, Plaintiffs/Counterclaim Defendants are entitled to a setoff in the amount of any sum found to be due and owing to Plaintiffs/Counterclaim Defendants by United as a result of Plaintiffs/Counterclaim Defendants' affirmative claims against United.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Justification/Excuse)

15.   By virtue of the acts of United, and/or the persons and/or entities acting on its behalf, United is barred from prosecuting the purported counterclaims set forth in the Counterclaim because the acts and/or omissions alleged in the Counterclaims were justified and/or excused.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Material Breach of Contract by United)

16.   United's alleged counterclaims are barred, in whole or in part, because of United's prior material breach of contract.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

17.   United's alleged counterclaims are barred, in whole or in part, on the ground that United has not suffered any injury or damage as a result of the acts and omissions complained of in the Counterclaim.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

18.     United's alleged counterclaims for damages are barred because Plaintiffs/Counterclaim Defendants acted, at all times relevant, in good faith.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Fraud)**

19.     United's alleged counterclaims are barred, in whole or in part, by the fraudulent misrepresentations and concealments by United and its directors, officers, employees, agents, representatives, attorneys, and/or any others acting on United's behalf.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Compliance with the Law)**

20.     At all times, the actions taken by Plaintiffs/Counterclaim Defendants were in full compliance with the law.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

21.     United's alleged counterclaims are barred, in whole or in part, to the extent United would be unjustly enriched if it is awarded the relief it seeks.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Authorization)**

22.     By virtue of the acts of United, and/or the persons and/or entities acting on its behalf, United is barred from prosecuting the purported counterclaims set forth in the Counterclaim by the doctrine of authorization and Insurance Code section 796.04.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Consent)**

23.     United is barred from prosecuting the purported counterclaims set forth in the Counterclaim because United, and/or the persons and/or entities acting on its

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

behalf, consented to and acquiesced in the conduct complained of in the Counterclaim.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Ratification)

24.     United's alleged counterclaims are barred, in whole or in part, because United had knowledge and understanding of the acts complained of and ratified said acts.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Reliance)

25.     United did not reasonably or justifiably rely upon any action or inaction, representations, statements, conduct, or alleged failure to advise by Plaintiffs/Counterclaim Defendants.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Unfair Competition)

26.     Plaintiffs/Counterclaim Defendants have not engaged in any practice that is "unlawful," "unfair," or "fraudulent" within the meaning of Business & Professions Code sections 17200, et seq.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

27.     The purported counterclaims are barred by such statutes of limitations as may be applicable, including, but not limited to, the statutes of limitations provided under ERISA (including, but not limited to, 29 USC § 1113), Code of Civil Procedure sections 337, 338, 339, and 343, California Business and Professions Code section 17208, and Insurance Code section 10133.66.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Justification)

28.     The purported counterclaims are barred in whole or in part because Plaintiffs/Counterclaim Defendants was justified in acting as they did.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (No Equitable Relief)

29.     United's claims for restitution, declaratory relief, injunctive relief, and other equitable relief are barred in light of the fact that United has an adequate remedy at law, and such relief would be unnecessary and/or ineffectual because the alleged violations of law and/or unlawful business practices never occurred; even if they occurred, there is no continuing illegal conduct or threat of immediate, irreparable harm threatening United's right or the rights of any person it purports to represent.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Party)

30.     United's counterclaims are barred, in whole or in part, because of United's failure to join all necessary and indispensable parties, without whom the claims asserted in the Counterclaim cannot fully, finally, and completely be resolved.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Remoteness)

31.     The damages alleged by United are too remote to be attributable to the conduct of or recoverable from Plaintiffs/Counterclaim Defendants.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing and/or Capacity)

32.     United lacks standing and/or capacity to bring these counterclaims against Plaintiffs/Counterclaim Defendants.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Relief Unavailable)

33.     United seeks relief that is unavailable to it.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Plaintiffs/Counterclaim Defendants' Answer to United's Counterclaim

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Privilege)

34.     United's claims are barred, in whole or in part, by the competitive privilege and/or business privilege.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

35.     Plaintiffs/Counterclaim Defendants reserve Plaintiffs/Counterclaim Defendants the right to amend this Answer should they later discover facts demonstrating the existence of new and/or additional affirmative defenses and/or should a change in the law support the inclusion of new and/or additional affirmative defenses.

## PRAYER

**WHEREFORE**, Plaintiffs/Counterclaim Defendants pray for judgment as follows:

1.     That United take nothing by way of the Counterclaim;

2.     That the Counterclaim be dismissed with prejudice;

3.     That judgment be entered in Plaintiffs/Counterclaim Defendants' favor and against United on the Counterclaim;

4.     That Plaintiffs/Counterclaim Defendants recover their costs of suit herein, including reasonable attorneys' fees; and

5.     That the Court grant such other further relief as it may deem appropriate.

Dated:  June 23, 2021

                    **CALLAHAN & BLAINE, APLC**


                    By:   */s/ Adrian L. Canzoneri*
                    Richard T. Collins
                    Damon D. Eisenbrey
                    Adrian L. Canzoneri
                    Attorneys for Plaintiffs/Counterclaim
                    Defendants

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM