Jenifer C. Wallis (State Bar 303343)
Munck Wilson Mandala, LLP
1925 Century Park East, Suite 2300
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: Out of Network Substance Abuse Disorder Claims Against UnitedHealthcare | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-02075-JVS-DFM |
| v. | |
| Click here to enter Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Crousillac, Taylor J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

225-346-0285    225-381-9197
*Telephone Number*   *Fax Number*

Taylor.crousillac@phelps.com
*E-Mail Address*

of
Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

MultiPlan, Inc.
Viant, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Wallis, Jenifer C.
*Designee's Name (Last Name, First Name & Middle Initial)*

303343    (310) 286-0377
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jwallis@munckwilson.com
*E-Mail Address*

of
Munck Wilson Mandala LLP
1925 Century Park East, Suite 2500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: June 29, 2021

*[signature]*

U.S. District Judge James V Selna