Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400; Fax: (714) 800-1499
Michelle S. Grant (Admitted *Pro Hac Vice*)
grant.michelle@dorsey.com
Michael Rowe (Admitted *Pro Hac Vice*)
rowe.michael@dorsey.com
**DORSEY & WHITNEY LLP**
50 S. 6th Street, #1500
Minneapolis, MN, 55402
Tel: (612) 340-2600; Fax: (612) 340-2868

Richard J. Doren (SBN 124666)
rdoren@gibsondunn.com
Heather L. Richardson (SBN 246517)
hrichardson@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7409; Fax: (213) 229-6409

Counsel for UnitedHealth Group Incorporated; United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; UHC of California; UnitedHealthcare Service LLC; United Behavioral Health; OptumInsight, Inc. Optum Services, Inc.; Optum, Inc.; and UMR, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| In re: Out of Network Substance Use Disorder Claims Against UnitedHealthcare | CASE NO. 8:19-CV-02075-JVS-DFM<br>Assigned to Judge James V. Selna<br><br>Consolidated with:<br>8:19-cv-02082    8:19-cv-02083<br>8:19-cv-02084    8:19-cv-02085<br>8:19-cv-02086    8:19-cv-02087<br>8:19-cv-02088    8:19-cv-02372<br>8:20-cv-00136    8:20-cv-00137<br>8:20-cv-00138    8:20-cv-00340<br>8:20-cv-00341    8:20-cv-00356<br><br>**UNITED'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL SUBMISSION REGARDING DISPOSITIVE MOTIONS**<br><br>Date: October 17, 2022<br>Time: 1:30 pm<br>Courtroom: Room 10C, Santa Ana |

**PLEASE TAKE NOTICE** that on October 17, 2022 at 1:30 p.m. or as soon thereafter as counsel may be heard, in Courtroom 10C of the United States District Court, Central District of California, located at 411 W. Fourth St., Santa Ana, CA 92701, Defendants UnitedHealth Group Incorporated, United Healthcare Services, Inc., United Healthcare Insurance Company, UHC of California, United Healthcare Service LLC, United Behavioral Health, Inc., OptumInsight, Inc., Optum Services, Inc., Optum, Inc. and UMR, Inc., and Counterclaim Plaintiffs United Healthcare Services, Inc., UnitedHealthcare Insurance Company, United Behavioral Health, and UMR, Inc. (collectively "United") will appear before Judge James V. Selna and move the Court for an order permitting it to supplement the summary judgment record to identify the correct Summary Plan Description for one exemplar patient (M.E.). Attached as **Exhibit A** to this Motion is United's contemplated Second Supplemental Submission Regarding Dispositive Motions.

     There is good cause for the Court to grant United's motion as United recently discovered it inadvertently produced the incorrect plan document for Patient M.E. Patient M.E. is a member of a plan sponsored by John Deere, and that employer has as many as fifty plans covering different populations of employees in different geographic areas, each of which is governed by a separate plan document. Upon discovering it had produced the incorrect John Deere plan for Patient M.E., United notified Plaintiffs/Counterclaim Defendants, provided the correct plan document (which confirms United paid Patient M.E.'s claims properly), and proposed that it be permitted to supplement the record with the correct document. Plaintiffs/Counterclaim Defendants do not oppose United's Motion for Leave to file a Second Supplemental Submission Regarding Dispositive Motions, but they oppose United's effort to supplement the record with the correct plan document. If the Court grants United's Motion for Leave, the parties have agreed that Plaintiffs/Counterclaim Defendants may file a response not exceeding three pages that will be due three days after the Court's Order on United's Motion.

1

**UNITED'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL SUBMISSION REGARDING DISPOSITIVE MOTIONS
CASE NO. 8:19-CV-02075-JVS-DFM**

Dated: September 28, 2022

**DORSEY & WHITNEY LLP**

By: */s/ Michelle S. Grant*
Kent S. Schmidt
Michelle S. Grant (Admitted *Pro Hac Vice*)
Michael Rowe (Admitted *Pro Hac Vice*)

**GIBSON DUNN & CRUTCHER LLP**

Richard J. Doren
Heather L. Richardson
333 South Grant Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000

Attorneys for Defendants UnitedHealth Group Incorporated; United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; UHC of California; UnitedHealthcare Service LLC; United Behavioral Health; OptumInsight, Inc.; Optum Services, Inc.; Optum, Inc.; and UMR, Inc.