UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-2075 JVS (DFMx) | Date | October 17, 2022 |

Title **In re: Out of Network Substance Use Disorder Claims against UnitedHealthcare**

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Damon Eisenbrey
Richard Collins

Attorneys Present for Defendants:

Michelle Grant
Heather Richardson

**Proceedings:** United's Amended Motion for Partial Summary Judgment on Plaintiffs' Claims and United's Counterclaims[260]
Providers' Amended Notice of Motion for Partial Summary Judgment, or in the alternative for an Order Treating Specified Facts as Established, on United's Counterclaim[264]
Plaintiffs' Amended Notice of Motion for Partial Summary Judgment[265]
Viant, Inc's and Multiplan, Inc's Amended Notice of Motion for Summary Judgment[266]
Plaintiff's Supplemental Motion for Partial Summary Judgment [270]

        Cause is called for hearing and counsel make their appearances. Court and counsel confer. The parties are ordered to meet and confer re the plans, get them from the claims administrators if necessary, and produce the plans for the Court. Motions are continued to October 24, 2022 at 11:00 a.m. (Later, the Clerk notifies the parties that the hearing is continued to **October 24, 2022 at 1:30 p.m.**)

| | : | 30 |
|---|---|---|
| Initials of Preparer | lmb | |