UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-2075 JVS (DFMx) | Date | October 17, 2022 |
| Title | In re: Out of Network Substance Use Disorder Claims against UnitedHealthcare | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Damon Eisenbrey | Kate Hahm |
| Richard Collins | Heather Richardson |

**Proceedings:**   Status Conference re The Plans

    Cause is called for hearing and counsel make their appearances. Court and counsel confer. The parties are ordered to meet and confer and file a status report re the remaining plans within 10 days.

    :   15

Initials of Preparer    lmb