# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-2075 JVS (DFMx) | Date | October 24, 2022 |
| Title | In re Out-of-Network Substance Use Disorder Claims Against UnitedHealthcare | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Damon Eisenbrey, Michael Sachs Richard Collins | Heather Richardson Kate Hahm |

**Proceedings:** **Status Conference**

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

Defendants shall issue subpoenas to the two companies who have not responded to the inquiries re the plans.

Within 10 days, counsel shall meet and confer and file a status report.

: 15

Initials of Preparer    lmb