1  Kent J. Schmidt (SBN 195969)
   *schmidt.kent@dorsey.com*
2  **DORSEY & WHITNEY LLP**
   600 Anton Blvd., Suite 2000
3  Costa Mesa, CA 92626
   Tel: (714) 800-1400; Fax: (714) 800-1499
4  Michelle S. Grant (Admitted *Pro Hac Vice*)
   *grant.michelle@dorsey.com*
5  Kirsten Schubert (Admitted Pro Hac Vice)
   *schubert.kirsten@dorsey.com*
6  Michael Rowe (Admitted *Pro Hac Vice*)
   *rowe.michael@dorsey.com*
7  **DORSEY & WHITNEY LLP**
   50 S. 6th Street, #1500
8  Minneapolis, MN, 55402
   Tel: (612) 340-2600; Fax: (612) 340-2868
9
   Richard J. Doren (SBN 124666)
10 *rdoren@gibsondunn.com*
   Heather L. Richardson (SBN 246517)
11 *hrichardson@gibsondunn.com*
   **GIBSON DUNN & CRUTCHER LLP**
12 333 South Grand Avenue
   Los Angeles, CA 90071
13 Tel: (213) 229-7409; Fax: (213) 229-6409

14 Counsel for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| In re: Out of Network Substance Use Disorder Claims Against UnitedHealthcare | CASE NO. 8:19-CV-02075-JVS-DFM<br>Assigned to Judge James V. Selna<br><br>Consolidated with:<br>8:19-cv-02082   8:19-cv-02083<br>8:19-cv-02084   8:19-cv-02085<br>8:19-cv-02086   8:19-cv-02087<br>8:19-cv-02088   8:19-cv-02372<br>8:20-cv-00136   8:20-cv-00137<br>8:20-cv-00138   8:20-cv-00340<br>8:20-cv-00341   8:20-cv-00356<br><br>**JOINT STATUS REPORT REGARDING DOCUMENTS COLLECTED FROM PLAN SPONSORS** |

On October 24, 2022, the Court ordered the Parties to meet and confer regarding the next steps in addressing the collection of any additional documents relating to the health benefit plans from plan sponsors. The Parties submit this status report to update the Court on those efforts.

The two plan sponsors which were not specifically addressed in the Fuchsteiner Declaration submitted on October 24, 2022, were Parsons Corporation and Dayton-Phoenix Group. (Fuchsteiner Decl., Dkt. No. 288-1.) At the hearing, counsel for Defendants advised the Court that they heard from Parsons Corporation that morning, and that Parsons Corporation reported that it had no additional documents. Shortly after the October 24 hearing, Defendants heard from Dayton-Phoenix Group, Inc., which likewise reported that it did not have any additional plan documents and that the Summary Plan Description was the plan document.

Counsel for Plaintiffs and Defendants met and conferred between October 31, 2022, and November 3, 2022. Defendants proposed to provide a declaration attesting to the communications with Dayton-Phoenix and Parsons Corporation. Defendants will provide this Declaration by November 14, 2022.

Regarding the briefing on the standard of review, the Parties have a dispute as to the appropriate briefing schedule, and seek the Court's guidance.

Plaintiffs propose that Defendants will file on or before December 1, 2022, a supplemental brief not to exceed 10 pages, and Plaintiffs will file on or before December 15, 2022, a supplemental brief not to exceed 10 pages. Plaintiffs' position is that Defendants have already filed supplemental submissions since the close of briefing and that Plaintiffs, who moved for summary judgment on Defendants' burden of proof on the standard of review, should have the opportunity to respond to Defendants' supplemental evidence.

Defendants' position is that, given that Defendants have not yet heard what arguments Plaintiffs will be making about alleged conflicts in the plan documents, Defendants would like to be able to address Plaintiffs' arguments in writing, which

they believe will facilitate a more streamlined hearing. Defendants alternatively propose that Plaintiffs submit a brief on December 1, 2022, not to exceed 10 pages, and Defendants will respond on December 15, 2022, in a brief not to exceed 10 pages.

Counsel request that the Court set the continued hearing on the cross-motions for summary judgment on Monday, January 9, 2023, or the first available date thereafter that is convenient for the Court.

Dated: November 3, 2022

**GIBSON DUNN & CRUTCHER LLP**

By: */s/ Heather L. Richardson*
Heather L. Richardson
Richard J. Doren

**DORSEY & WHITNEY LLP**

Kent S. Schmidt
Michelle S. Grant (Admitted *Pro Hac Vice*)
Kirsten S. Schubert (Admitted *Pro Hac Vice*)
Michael Rowe (Admitted *Pro Hac Vice*)

Attorneys for Defendants UnitedHealth Group Incorporated; United Healthcare Services, Inc.; UnitedHealthcare Insurance Company; UHC of California; UnitedHealthcare Service LLC; United Behavioral Health; OptumInsight, Inc.; Optum Services, Inc.; Optum, Inc.; and UMR, Inc.

**ARNALL GOLDEN GREGORY LLP**

By: */s/ Richard T. Collins*
Richard T. Collins
Damon D. Eisenbrey

Attorneys for Plaintiffs

**CIVIL LOCAL RULE 5-4.3.4(a)(2) ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2) requiring signatures, I, Heather L. Richardson, hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

Dated: November 3, 2022     By:   */s/ Heather L. Richardson*
                                  Heather L. Richardson